IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01196-WYD-CBS

JAMES W. MUZZY,

        Plaintiff/Counterclaim Defendant,

v.

UNITED STATES OF AMERICA,

        Defendant/Counterclaim Plaintiff.

UNITED STATES OF AMERICA

        Third-Party Plaintiff,

v.

HARRY CONGER,

        Third-Party Defendant.

**SATISFACTION OF JUDGMENT AGAINST HARRY CONGER**

      The judgment entered against Third-Party Defendant Harry Conger on January 25, 2005,

docket entry #29, has been satisfied.

Dated this 31st day of January, 2007.

                                        TROY A. EID
                                        United States Attorney
                                        MARK S. PESTAL
                                        Assistant U.S. Attorney

                                        <u>s/Philip E. Blondin</u>
                                        PHILIP E. BLONDIN
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 683
                                        Ben Franklin Station
                                        Washington, D.C. 20044
                                        Telephone: (202) 307-6322

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on January 31, 2007, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/EFC system which will send notification of such filing to the following e-mail addresses:

philip.blondin@usdoj.gov

Western.Taxcivil@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Harry Conger
#3 Puerto Court
Sante Fe, New Mexico 87508

s/Philip E. Blondin
PHILIP E. BLONDIN
Trial Attorney, Tax Division
U.S. Department of Justice